■ JOHN W. SCHRIEBER, Respondent, v. WALTER F. ROBERTS, Appellant. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of murder, second degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ HELEN STOELTZLEN, Respondent, v. HERBERT F. HERN et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Chautauqua Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ RUTH A. TUTTLE, Appellant, v. W. T. GRANT COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Ontario Trial Term for defendant for no cause of action, in an action for damages for breach of implied covenant in a lease. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CALLARI, Also Known as JOSEPH COLLARE, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of violation of section 1872 of the Penal Law on a plea of guilty.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND J. BROWN, Appellant.— Judgments of conviction unanimously affirmed. (Appeal from two judgments of Onondaga County Court convicting defendant of the crimes of (1) abandonment of children under 16 years of age and (2) unlawfully omitting to provide for said children.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERARDO PANTUSCO, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga Special Term dismissing the writ of habeas corpus and remanding relator to the custody of the Warden.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.